IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SERGIO MOGOLLON, *et al.*, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> THE BANK OF NEW YORK MELLON, § <br> § <br> Defendant. § | Civil Action No. 3:19-CV-03070-N |

## FINAL JUDGMENT

By separate Order of this same date, the Court granted Defendant Bank of New York Mellon's ("BNYM") motion for to dismiss. It is, therefore, ordered that Plaintiffs take nothing on their claims against BNYM. Plaintiffs' claims are dismissed with prejudice. Court costs are taxed against Plaintiffs. All relief not expressly granted is denied. This is a final judgment.

Signed November 12, 2021.

_____
David C. Godbey
United States District Judge

ORDER – PAGE 1